SOUTHERN DISTRICT OF INDIANA
UNITED STATES DISTRICT COURT

| | |
|---|---|
| CHARLES DERRICK KELLER,             ) | |
| )                                   | |
| Plaintiff,         ) | |
| vs.                                 )          | No. 2:09-cv-297-JMS-TAB |
| )                                   | |
| UNITED STATES OF AMERICA,           ) | |
| )                                   | |
| Defendant.         ) | |

**Entry Discussing Selected Matters**

**I.**

Counsel for the United States shall file the defendant's statement pursuant to Local Rule 16.2 not later than January 12, 2012.

**II.**

The plaintiff's motion to appoint counsel has also been considered.

Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The plaintiff's motion shows that he has made such an effort.

The court proceeds to the second inquiry required in these circumstances. The court=s task in this second inquiry is to analyze the plaintiff=s abilities as related to "the tasks that normally attend litigation: evidence gathering, preparing and responding to motions and other court filings, and trial." *Pruitt v. Mote,* 503 F.3d 647, 654-55 (7th Cir. 2007). Accordingly, the question is not whether an attorney would help the plaintiff=s case, but whether, given the difficulty of the case, the plaintiff seems competent to litigate it himself. *Id.* at 653-655. At this point, and based on the plaintiff=s comprehensible filings, his use of the court=s processes, his familiarity with both the factual circumstances surrounding his claim and with the legal issues associated with that claim, the plaintiff is competent to litigate on his own.

Based on the foregoing, therefore, the plaintiff's motion for appointment of counsel [88] is **denied**.

**IT IS SO ORDERED.**

Date: 01/04/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

**Charles Keller**
**#06822-025**
**Marion - USP**
**P.O. Box 1000**
**Marion, IL 62959**

**Jeffrey L. Hunter**
**jeff.hunter@usdoj.gov**